FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2022

No. 04-22-00180-CV

Amanda **JAFFE**,
Appellant

v.

**REPSOL OIL & GAS USA, LLC**, Equinor Texas Onshore Properties, LLC, Equinor Pipelines, LLC, Equinor USA Onshore Properties, Inc., and Equinor US Operations, LLC, Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0015-CV-A
Honorable Patrick L. Flanigan, Judge Presiding

# O R D E R

Appellee's brief was originally due on July 18, 2022. Following two prior extensions, on September 15, 2022, appellee filed a third motion for an extension of time, requesting an additional 30 days to file its brief. Appellee states the parties are in the process of finalizing the details of a settlement. Appellee's motion is GRANTED. Appellee's brief is due on or before **October 16, 2022**. Further requests for extensions of time will be disfavored, and any further request must include a detailed advisory informing this court of the status of the parties' settlement.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court